[No. 7641-1-II. Division Two. July 29, 1986.]

ELSIE M. ZEGER, ET AL, *Individually and as Executrices, Appellants*, v. RAY E. BLANKENSHIP, ET AL, *Respondents*.

Appeal from a judgment of the Superior Court for Lewis County, No. 39885, David R. Draper, J., entered February 3, 1984. *Affirmed* by unpublished opinion per Reed, J., concurred in by Worswick, C.J., and Petrich, J.

[No. 7009-3-III. Division Three. July 29, 1986.]

*In the Matter of the Guardianship of* HELEN MARIE YORK.

Appeal from a judgment of the Superior Court for Walla Walla County, No. 84-4-00124-9, Albert J. Yencopal, J., entered January 8, 1985. *Affirmed in part* and *reversed in part* by unpublished opinion per Munson, J., concurred in by Green, C.J., and Thompson, J.

[No. 15501-6-I. Division One. July 30, 1986.]

THE STATE OF WASHINGTON, *Respondent*, v. TOBY PATRICK DOUGHERTY, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 84-8-01082-9, Stephen M. Reilly, J., entered September 26, 1984. *Affirmed* by unpublished opinion per Williams, J., concurred in by Ringold, A.C.J., and Swanson, J.